Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508

Trustee in Bankruptcy

FILED
MAR - 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

| In re: | Case No. 06-31078 MD |
|---|---|
| WORLD TRADE CLUB OF SAN FRANCISCO | Chapter 7 |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,625.34. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 30 | Theodor Manhal<br>265 North Point St., #415<br>San Francisco, CA 94133 | 1,521.85 | 1,521.85 |
| 102 | Jessica Ramos<br>1383 Adobe Dr. #1<br>Pacifica, CA 94044 | 15.18 | 15.18 |
| 22 | Joseph Bajza<br>dba Matrix, 70 Parkside Ave.<br>Daly City, CA 94015 | 2,486.00 | 88.31 |
| | Total Unclaimed Dividends | | $1,625.34 |

Total Unclaimed Dividends $1,625.34

Dated: February 2, 2011

_____
Janina M. Hoskins, TRUSTEE